UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARVIN AMAREA WADE JENNINGS, JR., <br><br> Plaintiff, <br> v. <br><br> GLACIER WEST SELF-STORAGE LLC, <br><br> Defendants. | Case No. 3:23-cv-05817-DGE <br><br> REPORT AND RECOMMENDATION <br><br> Noted for: January 5, 2024 |

On October 6, 2023, plaintiff filed a motion for leave to proceed in forma pauperis (Dkt. 4), with respect to his proposed civil rights complaint (Dkt. 1-1). On November 16, 2023, the Court ordered plaintiff to show why the complaint should not be dismissed for failure to state a claim. Dkt. 5.

Given the identified deficiencies in the complaint, the Court did not order service of plaintiff's complaint. Plaintiff was given until December 8, 2023 to show cause why his complaint should not be dismissed or file an amended complaint. Plaintiff has not responded to the Court's order to show cause. Accordingly, the undersigned recommends that the Court dismiss plaintiff's action without prejudice for failure to prosecute. A proposed Order accompanies the Report and Recommendation.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for

REPORT AND RECOMMENDATION - 1

purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the matter for consideration on **January 5, 2024**, as noted in the caption.

Dated this 12th day of December, 2023.

Theresa L. Fricke
United States Magistrate Judge