UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARVIN AMAREA WADE JENNINGS, JR., <br><br> Plaintiff, <br><br> v. <br><br> GLACIER WEST SELF-STORAGE LLC, <br><br> Defendant. | CASE NO. 3:23-cv-05817-DGE <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION <br> (DKT. NO. 6) |

The Court, having reviewed *de novo* the Report and Recommendation of the Hon. Theresa L. Fricke, United States Magistrate Judge and the remaining record and having not received any objections from Plaintiff, hereby finds and ORDERS:

1. The Court adopts the Report and Recommendation (Dkt. No. 6);

2. Plaintiff's action is DISMISSED without prejudice;

3. The Clerk is directed to send copies of this Order to Plaintiff.

1 | Dated this 8th day of January 2024.

David G. Estudillo
United States District Judge

(DKT. NO. 6) - 2